STATE of Missouri, Respondent,

v.

**Errol L. ISOM, Appellant.**

No. WD 71835.

Missouri Court of Appeals,
Western District.

March 15, 2011.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2011.

Application for Transfer
Denied Aug. 30, 2011.

Melinda K. Pendergraph, for Appellant.

Karen L. Kramer, for Respondent.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.

## *ORDER*

PER CURIAM:

Errol Isom appeals from his convictions by jury of two counts of delivering a controlled substance, § 195.211. Isom was sentenced as a prior drug offender to concurrent terms of fourteen years imprisonment on those counts. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).